

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 12-80167-CR-MIDDLEBROOKS-W/BRANNON

CASE NO._____

26 U.S.C. § 7203

UNITED STATES OF AMERICA

v.

SANDRA KAHN-FARNELL,
      Defendant.
_____/

### INFORMATION

The United States Attorney charges that:

During the calendar year 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**SANDRA KAHN-FARNELL,**

a resident of Lake Worth, Florida, did receive gross income of approximately $420,878 from the sale of stock in a publicly traded company, herein referred to as Company XYZ, and that by reason of such gross income she was required by law, following the close of the calendar year 2010, on or before April 15, 2011, to make an income tax return to the Office of the District Director of the Internal Revenue Service at West Palm Beach, Florida, or to the Director, Internal Revenue Service Center, at Atlanta, Georgia, or other proper officer of the United States, stating specifically the items of her gross income and any deductions and credits to which she was entitled; that, well knowing and believing all of the foregoing, she did willfully fail to make an income tax return to said District Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center,

or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

_Thomas J. Melchill for_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
BERTHA R. MITRANI
ASSISTANT U.S. ATTORNEY

_[signature]_
JED M. SILVERSMITH
TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Sandra Kahn-Farnell,

Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes ____  No ____
Number of New Defendants  ____
Total number of counts    ____

**Court Division:** (Select One)

____ Miami    ____ Key West
____ FTL      _X_ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      _X_
   II   6 to 10 days     ____
   III  11 to 20 days    ____
   IV   21 to 60 days    ____
   V    61 days and over ____

   (Check only one)
   Petty   ____
   Minor   ____
   Misdem. _X_
   Felony  ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) ____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

_____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No./Court No. 88171

*Penalty Sheet(s) attached                                       REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>Sandra Kahn-Farnell</u>     **Case No:** _____

Count #1:
<u>Failure to File Income Tax Returns; in violation of Title 26, United States Code, Section 7203</u>

**\*Max. Penalty:** <u>1 year imprisonment; 1 year supervised release; $100,000 fine or twice the gross gain or loss resulting from the offense</u>

Count #:
_____

**\*Max. Penalty:** _____

Count #:
_____

**\*Max. Penalty:** _____

Count #:
_____

**\*Max. Penalty:** _____

Count #:
_____

**\*Max. Penalty:** _____

Count #:
_____

**\*Max. Penalty:** _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Sandra Kahn-Farnell, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Heidi Perlet**
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Barry S. Seltzer, United States Magistrate Judge**
_____
*Judge's printed name and title*